U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT
FEB 26 2014
TONY R. MOORE, CLERK
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 13-0230** |
| **VERSUS** | * | **JUDGE TOM STAGG** |
| **THERESA M. WEEMS** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the Defendant, Theresa M. Weems, and adjudges her guilty of the offense charged in Count One of the indictment against her.

THUS DONE AND SIGNED in chambers, this 26th day of Feb 2014, Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE